DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRANCE L. MCCLOUD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1499

[July 19, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 07-021816-CF-10 A.

Terrance L. McCloud, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***